RECEIVED
APR 26 2010
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

SIDNEY KEYS )
)
)
)
)
)
(Enter above the full name of the Plaintiff[s] )
in this action.) )
)
)
- vs - )
)
PARKWAY SCHOOL )   Case No. _____
DISTRICT )   (To be assigned by Clerk
) of District Court)
455 N. WOODS MILL RD. )
CHESTERFIELD MO )
) Jury
63017 )
(Enter above the full name of **ALL** Defend- )
ant[s] in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the complaint )
include the names of **all** the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

## COMPLAINT

I. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Civil Rights Violation, Discrimination, Possibly Physical Assault And Emotional - Psychological Adverse Treatment. Hot Lining Division Of Family Services From 2005-2008

II. Plaintiff, SIDNEY KEYS resides at 2253 ATRIUM #24, , ST. Louis
street address                                    city            county
MO, 63146, (314) 295-5296
state   zip code   telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

N/A

III. Defendant, 455 N. Woods Mill lives at, or its business is located at
_____, CHESTERFIELD ST. Louis
street address                                    city            county
MO., 63017.
state   zip code

(if more than one defendant, provide the same information for each defendant below)

2

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

(1) Around May 2005 while attending Mc Kelvey Elementary my son ▓▓▓▓ was place in a small room approx 6x8ft for over 2 months. Possibly longer. ▓▓▓▓ Informed me he was there for 1/2 a school year.

(2) Also around 2005 ▓▓▓▓ was handcuffed by a Maryland Heights policeman and restrained by the principle and P.E. teacher

(3) In April 2010, I was informed by my sons ▓▓▓▓ and ▓▓▓▓ ▓▓▓▓ had to go in front of the line after recess, even though they weren't in trouble. Please see attach letter, thank you.

3

V. Relief: State briefly and exactly what you want the Court to do for you.

IF POSSIBLY FIND OUT THE OFFICER WHO HANDCUFF ~~[redacted]~~. AND WHAT EVER THE COURT CAN OFFER AS FAR AS A INVESTIGATION INTO ALL THE INCIDENTS. ORDER A CHILD PSYCOLOGIST COUNSELING FOR MY 3 BOYS

VI. **MONEY DAMAGES:**

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [X]    NO [ ]

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

I AM NOT SURE - I NEED A COUNSEL AT LAW, CHILD PSYCOLOGIST, SOMEONE TO TALK TO MY CHILDREN TO DETERMINE IF THEY WERE MENTALLY AND EMOTIONALLY

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [X]    NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26 day of April, 2010

SIDNEY KEYS
Sidney Keys
Signature of Plaintiff(s)

4