RECEIVED
APR 2 [?] 2010
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

SIDNEY KEYS,  )
v.  )  Case no. 4:10 CV 461 TCM
JOHN POTTER,  )  APRIL 29, 2010

**MEMORANDUM FOR CLERK**   *Sidney Keys*

Out of respect for Inspector L. A. Armstrong and appreciation for the opportunity he gave to my family so that we could stay afloat and not drown from a financial crisis in the early 1990's. Semper Fidelis! L.A. Armstrong.

I request a motion to terminate the following lawsuits.

(1) SIDNEY KEYS VS MR. JOHN POTTER

(2) SIDNEY KEYS VS PARKWAY SCHOOL DISTRICT

(3) SIDNEY KEYS VS MARYLAND HEIGHTS POLICE

(4) SIDNEY KEYS VS SPECIAL SCHOOL DIST.

※ CHANGE DOES NOT HAPPEN OVERNIGHT, IT TAKES TIME, ACTION AND CONSISTANCY. IT IS ALWAYS EASY TO TO POINT OUT THE BAD AND NEGATIVE IN A PERSON OR SYSTEM BUT THERE IS NO POSITIVE AND PRODUCTION OUTCOME. IF YOU POINT OUT THE GOOD AND POSITIVE IN A PERSON OR SYSTEM, IT WILL DOMINATE THE NEGATIVE AND CREATE A ABUNDANCE OF POSITIVE PRODUCTION FOR US AS PEOPLE THAT ARE HERE TODAY SEEKING SIMPLE PEACE-HAPPINESS

Please circle which applies:  (Pro se) (Attorney for) Plaintiff
(Pro se) (Attorney for) Defendant